UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WELLINGTON WELCH** | * | **CIVIL ACTION NO.:** |
| | * | **2:20-CV-2135** |
| | * | |
| **V.** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **REC MARINE LOGISTICS, LLC,** | * | |
| **REC BOATS, LLC, GOL, LLC,** | * | |
| **COX OPERATING, LLC, AND** | * | |
| **DYNAMIC PRODUCTION SERVICES, INC.** | * | **MAG. JUDGE DANA M.** |
| | * | **DOUGLAS** |
| | * | |

**DYNAMIC PRODUCTION SERVICES, INC.'S
REQUEST FOR PRODUCTION OF DOCUEMENTS**

TO: GOL, LLC
through its attorneys of record:

Salvador J. Pusateri (#21036)
Kyle A. Khoury, T.A. (#33216)

**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM**
1100 Poydras Street – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com

**NOW COMES** Defendant, DYNAMIC PRODUCTION SERVICES, INC. ("DYNAMIC"), through undersigned counsel, who propounds the following Requests for Production of Documents to be answered by GOL, LLC in writing and under oath and pursuant to the Federal Rules of Civil Procedure:

## DIRECTIONS

Where the word "you" is used, it is intended to develop information possessed by GOL, LLC , its attorneys, its agents, and its attorney's agents.

Where the term "accident" or "incident" is used, it is intended to refer to the incident on or about May 28, 2019, involving WELLINGTON WELCH and occurring on the DOMINIC S which is the subject of the instant litigation.

When you are asked to "identify" a person, you are to supply such person's full name, nickname, address, telephone number, employer and employment position. When you are asked to "identify" a business entity, you are to provide its full name, address and telephone number.

## REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

Please provide any and all recorded, oral, written or transcribed statements, which were taken by you or someone acting on your behalf that bear any relation to the captioned litigation. Should you refuse to produce such statements, please indicate the name, address and telephone number of the person(s) from whom they were taken, the date they were taken, the person or persons who obtained the statements, and the names of all persons or entities who have been provided with a copy of the statements.

**REQUEST FOR PRODUCTION NO. 2:**

Please provide any and all photographs purporting to depict the site of the accident identified in the Complaint for Damages, the extent of the alleged injuries identified in the claim, or any other subject relevant to the claims in this matter.

**REQUEST FOR PRODUCTION NO. 3:**

Please provide any and all photographs regarding any issue involved in this litigation, including photographs of the personnel basket alleged to be involved.

**REQUEST FOR PRODUCTION NO. 4:**

Please provide any and all daily logs, notebooks, and/or any other record of the daily activities for the DOMINIC S from May 1, 2019 to May 30, 2019.

**REQUEST FOR PRODUCTION NO. 5:**

Please provide each accident report, investigative report and root cause analysis you have relating to the incident in the Complaint for Damages.

**REQUEST FOR PRODUCTION NO. 6:**

Please provide each accident and/or investigative report you have relating to any other accident involving WELLINGTON WELCH.

**REQUEST FOR PRODUCTION NO. 7:**

Please provide any and all exhibits you intend to introduce (or reasonably anticipate you may introduce) at any hearing or at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 8:**

Please provide any and all pleadings and records submitted to or received by any federal or state agency at any time regarding worker's compensation, unemployment compensation or disability benefits for WELLINGTON WELCH. Please include with this response REC MARINE LOGISTIC, LLC's First Report of Injury or Illness (e.g., form LWC-WC IA-1) and all pleadings filed in workers' compensation related to the
incident in this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please provide any agreements or receipts and releases signed by you or on your behalf settling any claim in this matter.

**REQUEST FOR PRODUCTION NO. 10:**

Please provide any and all documents which document, memorialize, describe or establish the scope of work for GOL, LLC and/or its employees at the time of the accident; the process of how work was to be performed; the design or planning of such work; the chain of command during performance of such work; and, the identity of any party involved in the planning or execution of such work.

**REQUEST FOR PRODUCTION NO. 11:**

Please provide any and all work plans, job safety analyses, work permits, sign in sheets and similar associated with the job/task where WELLINGTON WELCH alleges that he was injured. This would include any procedures that crew aboard the DOMINIC S were to follow in a personnel basket transfer.

**REQUEST FOR PRODUCTION NO. 12:**

Please provide any and all documents in which you report the accident and/or injuries to any party or entity.

**REQUEST FOR PRODUCTION NO. 13:**

Please provide any and all reports and records of any experts expected to testify at the trial of the above-referenced cause, or whose opinions will be relied upon by a testifying expert.

**REQUEST FOR PRODUCTION NO. 14:**

Please provide any and all evidence that support a claim that WELLINGTON WELCH did or failed to do something which caused and/or contributed to the claimed accident.

**REQUEST FOR PRODUCTION NO. 15:**

Please provide copies of all P&I, any maritime insurance policy, commercial general liability, excess liability and/or umbrella liability policies insuring GOL, LLC at the time of the accident.

**REQUEST FOR PRODUCTION NO. 16:**

Please provide a copy of any and all contracts pursuant to which GOL, LLC was performing work on May 28, 2019 that involved the incident in question.

**REQUEST FOR PRODUCTION NO. 17:**

Please provide a copy of all communications you or someone on your behalf sent to or received from any party in this matter pertaining to the accident or damaged alleged in this case.

**REQUEST FOR PRODUCTION NO. 18:**

Please provide a copy of surveillance video or other recordings of the accident.

**REQUEST FOR PRODUCTION NO. 19:**

Please provide a copy of all discovery and discovery responses sent to or received from any party in this matter.

**REQUEST FOR PRODUCTION NO. 20:**

Please provide a copy of all deposition transcripts taken in this matter.

These Requests for Production of Documents shall be deemed continuing and require supplementation of responses upon your learning of any information which renders any of your responses incomplete or incorrect.

**Respectfully submitted,**

**/s/ Mark R. Pharr, III**
_____
**Mark R. Pharr, III (21019)**
**William F. Large (34837)**


**OF COUNSEL:**

**Galloway, Johnson, Tompkins, Burr & Smith, PLC**
**328 Settlers Trace Blvd.**
**Lafayette, Louisiana 70508**
**Telephone: (337) 735-1760**
**Facsimile:  (337) 993-0933**
**Attorney for DYNAMIC PRODUCTION SERVICES, INC.**

## CERTIFICATE OF SERVICE

I certify that I have electronically submitted for filing, a true and correct copy of the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Louisiana, on the 30th day of December, 2020 using the CM/ECF System.

/s/ Mark R. Pharr, III
_____
MARK R. PHARR, III