UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WELLINGTON WELCH** | **CIVIL ACTION NO. 2:20-cv-02135** |
| **VERSUS** | **SECTION E:**<br>**DISTRICT JUDGE SUSIE MORGAN** |
| **COX OPERATING, LLC, ET AL.** | **DIVISION 3:**<br>**MAGISTRATE JUDGE**<br>**DANA M. DOUGLAS** |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, LLC, REC Boats, LLC, GOL, LLC, Cox Operating, LLC and Dynamic Production Services, Inc. (collectively "Defendants") who submit their Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Wellington Welch, plaintiff

2. Joey Goulette, captain employed by REC Marine

3. Roy Smith, captain employed by REC Marine

4. Chris McCarty, PIC believed to be an employee of GIS, LLC

5. Dustin Shell, crane operator employed by Dynamic Production Services, Inc.

6. Lewis Ashbey, owner of Dynamic Production Services, Inc.

7. Shane LaPoint, Compliance Tech employed by Cox Operating, LLC

8. Wardell Johnson, field foreman employed by Cox Operating, LLC

9. Jason A. Rains-Love, HSE manager employed by Cox Operating, LLC

10. Christopher Starks, employer unknown

11. Ricky Pierce, employee of G.C.M.F.

12. Tommy Reid, employee of G.C.M.F.

13. Danny Bollinger, employee of G.C.M.F.

14. Justin Bourque, employee of G.C.M.F.

15. Bob Hoffpouin, employee of M&H

16. Dupre Shell, employee of DPS

17. John Foster, employee of W-Ind.

18. Clares Mincey

19. Josh Adams, employee of G.C.M.F.

20. Slatr Hawkins, employee of Crosby

21. Tim Bulger, employee of Linear Controls

22. Jared L. Hair, employee of ES&H

23. A corporate representative of REC Marine Logistics, LLC

24. A corporate representative of REC Boats, LLC

25. A corporate representative of GOL, LLC

26. A corporate representative of Dynamic Production Services, Inc.

27. A corporate representative of Cox Operating, LLC

28. Dr. Suneil Jolly and/or a representative of LA Pain Specialists

29. Dr. Marco Rodriguez and/or a representative of LA Health Solutions

30. Dr. Stephen Esses

31. Jaime Gaudet, Nurse Practitioner at Gulf Coast Orthopedics

32. A representative of Leonard J. Chabert Medical Center

33. Dr. Stephen Pomeranz and/or another representative of Open MRI of Louisiana

34. A representative of HealthPRO Physical Therapy

35. A representative of Rite Aid Pharmacy

36. A representative of Lloyd's Remedies

37. A representative of Complete Occupational Health Services

38. A representative of CVS Pharmacy

39. A representative of Bourgeois Medical Clinic

40. A representative of Occupational Medicine Services, LLC

41. A representative of All Industrial Medical Services

42. A representative of Terrebonne General Medical Center

43. A representative of West Jefferson Industrial Medicine

44. Dr. Anne Walker and/or a representative of Ochsner Medical

45. A representative of Gulf Coast Orthopedics

46. Dr. Gabriel Tender, IME physician

47. Dr. Kenneth Boudreaux and/or Dan Cliffe and/or J. Stuart Wood, economic experts

48. Jeffrey Carlisle and/or another vocational rehabilitation expert

49. Marc Fazioli and/or another marine liability expert

50. A marine valuation expert, yet to be determined

51. A life care planning expert, yet to be determined

52. Dr. Louis Schruff and/or a representative of Diagnostic Imaging Services

53. Any representatives of plaintiff's prior employers

54. Any witness listed by any other party

55. Any witness identified through further discovery

56. Any witness needed for rebuttal or impeachment

57. Any witness needed to authenticate any document or evidence at trial

Defendants reserve the right to amend this Witness List as discovery is ongoing.

## **EXHIBIT LIST**

1. Personal Incident/Illness Report dated May 28, 2019

2. Cox Operating Crane Pre-Use Log

3. Cox Operating JSA forms for the relevant time period

4. Photographs of the M/V DOMINIC S and the platform produced by plaintiff

5. Any other photographs of the M/V DOMINIC S

6. Cox Operating Safe Work Practice Manual

7. Cox Operating Crane Operations Policy

8. Personnel Onboard List for Ship Shoal 209-A dated May 28, 2019

9. Cox Operating Daily Activity Reports for Ship Shoal 209-A from May 22, 2019 through June 4, 2019

10. Spec Sheet for the M/V DOMINIC S

11. REC Marine Health, Safety and Environmental Manual

12. Records pertaining to any criminal charges against plaintiff

13. Daily Master's Log for the M/V DOMINIC S dated May 28, 2019

14. Dynamic Production Services, Inc. Field Service Ticket for May 28, 2019

15. Personnel and training file of Dustin Shell from Dynamic Production Services, Inc.

16. Certificate of Documentation for the M/V DOMINIC S

17. Dynamic Production Services, Inc. Offshore Crane Procedures

18. Surveillance footage of plaintiff

19. Medical records from Gulf Coast Orthopedics

20. Medical records from Leonard J. Chabert Medical Center

21. Medical records from Open MRI of Louisiana

22. Physical therapy records from HealthPRO Physical Therapy

23. Medical Records from LA Health Solutions

24. Pharmacy records from Rite Aid

25. Pharmacy records from Lloyd's Remedies

26. Medical records from Complete Occupational Health Services

27. Pharmacy records from CVS

28. Medical records from Bourgeois Medical Clinic

29. Medical records from Occupational Medicine Services, LLC

30. Medical records from All Industrial Medical Services

31. Medical records from Terrebonne General Medical Center

32. Medical records from West Jefferson Industrial Medicine

33. Medical records from LA Pain Specialists

34. Medical records from Ochsner Medical

35. Medical records from DIS Imaging

36. Medical records from Dr. Stephen Esses

37. Medical records from any other providers listed in the above list of witnesses

38. Any other medical records obtained through discovery, including records from any provider or facility who has treated plaintiff either prior to or after the alleged incident

39. The CV and/or IME report of Dr. Gabriel Tender

40. The CV and/or expert report of Dr. Kenneth Boudreaux, Dan Cliffe, J. Stewart Wood and/or another expert economist

41. The CV and/or expert report of Jeffrey Carlisle and/or another vocational rehabilitation expert

42. The CV and/or expert report of Marc Fazioli and/or another liability expert

43. The CV and/or expert report of a life care planning expert

44. The CV and/or expert report of a marine valuation expert

45. The CV and/or expert reports of any other experts retained by defendants

46. The discovery responses and any documents produced therewith by any party to this case

47. Any documents obtained through further discovery, including any Subpoena responses or documents received pursuant to signed authorizations

48. The pleadings filed by any party

49. Plaintiff's prior employment records

50. Plaintiff's IRS records

51. Plaintiff's Social Security Earnings records

52. Plaintiff's personnel file and any pre-employment medical records with REC Marine

53. Plaintiff's payroll and benefits records from REC Marine

54. Any records and/or reports reflecting the fair market value of the M/V DOMINIC S

55. Any item listed by any other party to this litigation

56. The stipulations of any party

57. Any documents produced by any party as part of their Initial Disclosures

58. The deposition transcript of any witness who is unavailable for trial

59. Any exhibit attached to depositions taken in this matter

60. Any document needed for rebuttal or impeachment.

Defendants reserve the right to amend this Exhibit List as discovery is ongoing.

7

Respectfully submitted,

**/s/ *Kyle A. Khoury***
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
**PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR REC MARINE
LOGISTICS, LLC, REC BOATS, LLC ,
GOL, LLC AND DYNAMIC
PRODUCTION SERVICES, INC., AND
COX OPERATING, LLC**